MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email:  donna.wittig@akerman.com

*Attorneys for Defendant Nationstar Mortgage LLC and
Intervenor Defendant and Counterclaimant Federal
Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SANDCASTLES, LLC,<br><br>                         Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; COOPER CASTLE LAW FIRM, LLP; AND LINDA LEE HARTMAN,<br><br>                         Defendants. | Case No.:  2:16-cv-01146-MMD-NJK<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT NATIONSTAR MORTGAGE LLC AND INTERVENOR DEFENDANT AND COUNTERCLAIMANT FEDERAL HOME LOAN MORTGAGE CORPORATION** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                         Intervenor Defendant, | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                         Counterclaimant,<br><br>v.<br><br>NEVADA SANDCASTLES, LLC, a Nevada limited liability company; DOES 1 through X; and ROE Corporations XI and through XX,<br><br>                         Counter-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

42369723;1
44050319;1

1    Defendant Nationstar Mortgage LLC and intervenor defendant and counterclaimant Federal

2    Home Loan Mortgage Corporation hereby consent to the substitution of Melanie D. Morgan, Esq.

3    and Donna M. Wittig, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT,

4    FINLAY & ZAK, LLP in the above-entitled matter.

5    DATED this 15 day of February, 2018.

6                            NATIONSTAR MORTGAGE LLC

7                            By: _Edward Nepe_

8                            Its: SENIOR ASSISTANT SECRETARY OF LITIGATION

9                            SUPPORT AND RESOLUTION ANALYST

10    Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the

11    substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP as counsel of

12    record in its place and stead on behalf of defendant Nationstar Mortgage LLC and intervenor

13    defendant and counterclaimant Federal Home Loan Mortgage Corporation.

14    DATED this 2 day of February, 2018.

15                            WRIGHT, FINLAY & ZAK, LLP

16

17                            DANA J. NITZ, ESQ.
                             Nevada Bar No. 000050
18                            7785 W. Sahara Ave., Suite 200
                             Las Vegas, Nevada 89117

19    Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of the law firm AKERMAN LLP, consent

20    to substitution as counsel of record for defendant Nationstar Mortgage LLC and intervenor

21    defendant and counterclaimant Federal Home Loan Mortgage Corporation in the place and stead of

22    WRIGHT, FINLAY & ZAK, LLP.

23    DATED this 8 day of February, 2018.

24                            AKERMAN LLP

25

26                            MELANIE D. MORGAN, ESQ.
                             Nevada Bar No. 8215
                             DONNA M. WITTIG, ESQ.
27                            Nevada Bar No. 11015
                             1635 Village Center Circle, Suite 200
28                            Las Vegas, Nevada 89134

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    Intervenor defendant and counterclaimant Federal Home Loan Mortgage Corporation hereby

2  consent to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq. of AKERMAN LLP

3  as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

4    DATED this ___ day of February, 2018.

5                                         FEDERAL HOME LOAN MORTGAGE CORPORATION

6                                         By: _____

7                                         Its:  Associate General Counsel

8

9                                         _____

10

11

12                              ORDER

13  IT IS SO ORDERED:

14

15  _____
    United States Magistrate Judge

16

17  DATED:   February 26, 2018

18

19

20

21

22

23

24

25

26

27

28

42369723;1
44050319;1