MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email:  donna.wittig@akerman.com

*Attorneys for defendant Nationstar Mortgage LLC and
Intervenor defendant and counterclaimant Federal
Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SANDCASTLES, LLC, | Case No.: 2:16-cv-01146-MMD-NJK |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 46, 47, AND 48]** |
| v. | |
| NATIONSTAR MORTGAGE LLC; COOPER CASTLE LAW FIRM, LLP; AND LINDA LEE HARTMAN, | **[FIRST REQUEST]** |
| Defendants. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Intervenor Defendant, | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Counterclaimant, | |
| v. | |
| NEVADA SANDCASTLES, LLC, a Nevada limited liability company; DOES 1 through X; and ROE Corporations XI and through XX, | |
| Counter-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

42369723;1
44987925;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff/counter-defendant Nevada Sandcastles, LLC (**NV Sandcastles**), defendant Nationstar Mortgage LLC (**Nationstar**), and intervenor defendant and counterclaimant Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively, **the parties**) hereby stipulate and agree as follows:

1.     On April 5, 2018, Nationstar, Freddie Mac, and NV Sandcastles filed their motions for summary judgment.  [ECF No. 46, 47, and 48.]

2.     The parties' deadline to respond to the motions for summary judgment is April 26, 2018.

3.     Counsel for the parties need additional time to respond to the motions for summary judgment.  Additional time is requested because the parties, specifically Nationstar and Freddie Mac, are briefing the same or similar issues in a number of cases with various lenders and servicers.  To ensure uniformity in their arguments, the parties respectfully request additional time to file their response.  To ensure all parties file their briefs on the same day, the parties asks the Court to extend the response and reply deadlines for all parties.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

44987925;1

4. The parties agree their deadlines to respond to the motions for summary judgment shall be extended by fourteen days, through and including **May 10, 2018**.

5. The parties further agree their deadlines to reply in support of their motions for summary judgment shall be extended by fourteen days, through and including **May 24, 2018**.

6. This stipulation is made in good faith and not for purpose of delay.

DATED this <u>20th</u> day of April, 2018.

THE LAW OFFICE OF MIKE BEEDE, PLLC     AKERMAN LLP

*/s/ Michael Beede*                      */s/ Donna M. Wittig*
MICHAEL BEEDE, ESQ.                MELANIE D. MORGAN, ESQ.
Nevada Bar No. 13068                 Nevada Bar No. 8215
JAMES FOX, ESQ.                      DONNA M. WITTIG, ESQ.
Nevada Bar No. 13122                 Nevada Bar No. 11015
2470 St. Rose Pkwy, Suite 201       1635 Village Center Circle, Suite 200
Henderson, NV 89074                 Las Vegas, NV 89134

*Attorneys for plaintiff/counter-defendant Nevada Sandcastles, LLC*       *Attorneys for defendant Nationstar Mortgage LLC and intervenor defendant and counterclaimant Federal Home Loan Mortgage Corporation*

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

April 23, 2018
_____
**DATED**

3