MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Defendant Nationstar Mortgage LLC and Intervenor Defendant and Counterclaimant Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SANDCASTLES, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; COOPER CASTLE LAW FIRM, LLP; AND LINDA LEE HARTMAN,<br><br>       Defendants. | Case No.: 2:16-cv-01146-MMD-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW NATIONSTAR MORTGAGE LLC'S MOTION FOR SUMMARY JUDGMENT [ECF No. 46]** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Intervenor Defendant, | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Counterclaimant,<br><br>v.<br><br>NEVADA SANDCASTLES, LLC, a Nevada limited liability company; DOES 1 through X; and ROE Corporations XI and through XX,<br><br>       Counter-Defendants. | |

Plaintiff/counter-defendant Nevada Sandcastles, LLC, defendant Nationstar Mortgage LLC (**Nationstar**), and intervenor defendant and counterclaimant Federal Home Loan Mortgage Corporation (collectively, **the parties**) stipulate and agree to allow Nationstar to withdraw its motion for summary judgment filed April 5, 2018. (ECF No. 46.)

DATED this 30th day of May, 2018.

| **THE LAW OFFICE OF MIKE BEEDE, PLLC** | **AKERMAN LLP** |
|---|---|
| */s/ Michael Beede* <br> MICHAEL BEEDE, ESQ. <br> Nevada Bar No. 13068 <br> JAMES FOX, ESQ. <br> Nevada Bar No. 13122 <br> 2470 St. Rose Pkwy, Suite 201 <br> Henderson, NV 89074 | */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 |
| *Attorneys for plaintiff/counter-defendant Nevada Sandcastles, LLC* | *Attorneys for defendant Nationstar Mortgage LLC and intervenor defendant and counterclaimant Federal Home Loan Mortgage Corporation* |

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

 5/31/2018
**DATED**

45339028;1